## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JEFFERY LYNN HIGHTOWER,            *
ADC #52357                         *
        Plaintiff,              *
                                   *
vs.                                *
                                   *   No. 1:12-cv-00030-SWW-JJV
JOHN FERINSON, Jail Administrator, *
Independence County Jail; *et al.*,  *
                                   *
        Defendants.            *

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

### **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

    1.    Why the record made before the Magistrate Judge is inadequate.

    2.    Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

**DISPOSITION**

**I.  ANALYSIS**

While a pretrial detainee in the Independence County Detention Facility, Mr. Hightower filed a *pro se* Complaint (Doc. No. 1) pursuant to 42 U.S.C. §1983, alleging the Defendants were violating his constitutional rights. Plaintiff did not pay the $350.00 filing fee or file an Application to Proceed Without Prepayment of Fees and Affidavit (Application). By Order entered March 27, 2012, the Court allowed Plaintiff thirty days to either submit the $350 filing fee or a proper Application (Doc. No. 2). He was also notified of his responsibility to comply with Local Rule 5.5(c)(2).[1] That same day, the Clerk of the Court mailed a copy of the Order to Plaintiff. (Doc. No.

---

[1]Local Rule 5.5(c)(2) states:

Parties appearing *pro se*. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. **If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.** Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

2

3).  On March 28 and April 16, 2012, the Order was returned as undeliverable.  (Doc. Nos. 4, 5).

Local Rule 5.5(c)(2) requires a *pro se* plaintiff to "promptly" notify the Clerk of any change in address.  *Pro se* litigants are required to follow the same rules of procedure, including the local court rules, that govern other litigants.  *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *Jarzynka v. St. Thomas Univ. of Law*, 310 F. Supp. 2d 1256, 1264 (S.D. Fla. 2004).   Thirty days have elapsed with no response from Plaintiff. Plaintiff has failed to comply with the Local Rules of the Court and it is recommended that his Complaint (Doc. No. 1) be DISMISSED without prejudice.

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order and Judgment adopting this Recommended Disposition would not be taken in good faith.

DATED this 2nd day of May, 2012.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

Loc. R. 5.5(c)(2) (emphasis added).