**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| JEFFERY LYNN HIGHTOWER, ADC #52357 | * * |
| Plaintiff, | * * |
| vs. | * * |
| | *   No. 1:12-cv-00030-SWW-JJV |
| JOHN FERINSON, Jail Administrator, Independence County Jail; *et al.*, | * * * |
| Defendants. | * |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 22nd day of June, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE